<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 99-6594

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BOBBY HAZEL,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Albert V. Bryan, Jr., Senior District Judge.  (CR-93-62-A)

───────────────

Submitted:  July 8, 1999                  Decided:  July 15, 1999

───────────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Bobby Hazel, Appellant Pro Se.  Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bobby Hazel appeals the district court's order denying his motion to reopen his action for relief under 28 U.S.C.A. § 2255 (West Supp. 1999) motion. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See United States v. Hazel</u>, No. CR-93-62-A (E.D. Va. Mar. 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>